UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO.07-14479

DR. DAVID STEELE, ET.AL,

    Plaintiff(s),

-V-

OWCEN MORTGAGE CO, ET.AL,

    Defendant(s).
    _____/

## **PARTIAL ORDER OF DISMISSAL**

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on the 3rd
day of April, 2008.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for failure to serve defendant(s) within 120 days after the filing of the complaint, pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, has been mailed to counsel of record. No response to the Order to Show Cause has been filed;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED as to defendant NEW CENTURY MORTGAGE CO. only .

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: April 3, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 3, 2008, by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager